1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

-17-

**NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT WILLIAM K. SPENCER'S INITIAL DISCLOSURES PURSUANT TO FED. RULE CIV. PROC., RULE 26; REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $1,365.00.00 AGAINST DEFENDANT WILLIAM K. SPENCER**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Adam Toporoff SBN 298115<br>Nussbaum APC<br>27489 Agoura Road Suite 102<br>Agoura Hills, CA 91301<br>Tel. 818-660-1919<br>Fax. 818-864-3241<br>info@nussbaumapc.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Gwendolyn Nolan | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>WILLIAM K. SPENCER,<br><br>Debtor(s). | CASE NO.: 2:20-bk-10401-BB<br>ADVERSARY NO.: 2:20-ap-01103-BB<br>CHAPTER: 7 |
|---|---|
| GWENDOLYN NOLAN<br><br>Plaintiff(s).<br>vs.<br>WILLIAM K. SPENCER<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 06/30/2020<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  (☐ No)  NO
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015            Page 1            F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
Plaintiff has provided Defendant with rule 26 initial disclosures, but Defendant has not yet provided Plaintiff with rule 26 initial disclosures. Defendant is preparing them currently.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>                                          <u>Defendant</u>
   By 12/31/2020                                   By February 28, 2021     MAY 11 2021

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>                                          <u>Defendant</u>
   Due to Covid 19 delays                       Due to Covid 19 delays     SAME

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>                                          <u>Defendant</u>
   By 9/31/2020                                      Defendant does not plan to do discovery     SAME

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>                                          <u>Defendant</u>
   Written discovery and depositions      Defendant does not plan to do discovery    SAME

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   <u>Plaintiff</u>                                          <u>Defendant</u>
   1-2 days                                             1-2 days     SAME

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   <u>Plaintiff</u>                                          <u>Defendant</u>
   2-3                                                      2     SAME

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    Page 2                                                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Approximately 10 | 1-2    (SAME) |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested    (SAME)<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(date) 12/01/2020 | Pretrial conference should be set after:    (APRIL 1 2021)<br>(date) 12/01/2020 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   Ongoing

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   The parties arbitrated the dispute.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No    (SAME) |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 3                    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

(SAME)

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 06/12/2020

Nussbaum APC
Printed name of law firm

_____
Signature

Adam Toporoff
Printed name

Attorney for: Gwendolyn Nolan

Date: 6/14/2020

WILLIAM K. SPENCER
Printed name of law firm

_____
Signature

William K. Spencer
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 4                F 7016-1.STATUS.REPORT

 Gmail

Ivan Lopez <skyblueprint9@gmail.com>

# Fwd: D19LA24384. 59fh Place
1 message

**William Spencer** <wksarch@gmail.com>  Tue, Oct 6, 2020 at 6:45 AM
To: Ivan Lopez <skyblueprint9@gmail.com>

One copy

WKS

Begin forwarded message:

> **From:** Shine Lin <shine.lin@lacity.org>
> **Date:** September 16, 2020 at 8:34:24 AM PDT
> **To:** William Spencer <wksarch@gmail.com>
> **Subject: Re: D19LA24384. 59fh Place**
>
> Hi William,
>   You provided 3' in front of the toilet which is fine.
>   However the door in the regular restrooms need to comply with the door maneuvering clearance which required door at both side with 42" and 18" striking edge. I do not see the door maneuvering clearance for both bathrooms. Ref 1134A.2 Option 2 last sentence. Please check item 9 and 10.
>
>   Sincerely,
>
>   Shine
>
> On Tue, Sep 15, 2020 at 8:41 AM William Spencer <wksarch@gmail.com> wrote:
>> Your last 2 items
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Valley Reprographics <info@valleyreprographics.com>
>>> **Date:** September 14, 2020 at 11:33:46 AM PDT
>>> **To:** William Spencer <wksarch@gmail.com>
>>> **Subject: scan**
>>>
>>> As requested

   Richard Uss <richard@nussbaumapc.com>

---

**Previously agreed to joint status report**
1 message

---

**William Spencer** <wksarch@gmail.com>                                                      Sun, Jan 24, 2021 at 2:16 PM
To: richard@nussbaumapc.com

Please revise

Sent from my iPhone

Begin forwarded message:

> **From:** Staples Print & Marketing Services <Ccreg03@staplesbusinesscenter.com>
> **Date:** January 24, 2021 at 1:09:47 PM PST
> **To:** "wksarch@gmail.com" <wksarch@gmail.com>
> **Subject: Scan from Staples**
>
> Please find the scanned documents from Staples attached to this email.  -Staples Print and Marketing Services

 **staples_scan.pdf**
146K