1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

-17-

**NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT WILLIAM K. SPENCER'S INITIAL DISCLOSURES PURSUANT TO FED. RULE CIV. PROC., RULE 26; REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $1,365.00.00 AGAINST DEFENDANT WILLIAM K. SPENCER**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Adam Toporoff SBN 298115<br>Nussbaum APC<br>27489 Agoura Road Suite 102<br>Agoura Hills, CA 91301<br>Tel. 818-660-1919<br>Fax. 818-864-3241<br>info@nussbaumapc.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Gwendolyn Nolan | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>WILLIAM K. SPENCER,<br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-10401-BB<br>ADVERSARY NO.: 2:20-ap-01103-BB<br>CHAPTER: 7 |
|---|---|
| GWENDOLYN NOLAN<br><br><br>                          Plaintiff(s).<br>vs.<br>WILLIAM K. SPENCER<br><br><br><br>                          Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 06/30/2020<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes (☐ No)  NO
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes   ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 1                                      F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
Plaintiff has provided Defendant with rule 26 initial disclosures, but Defendant has not yet provided Plaintiff with rule 26 initial disclosures. Defendant is preparing them currently.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
<u>Plaintiff</u>  <u>Defendant</u>
By 12/31/2020   By February 28, 2021     MAY 11 2021

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
<u>Plaintiff</u>  <u>Defendant</u>
Due to Covid 19 delays   Due to Covid 19 delays    SAME

3. When do you expect to complete <u>your</u> discovery efforts?
<u>Plaintiff</u>   <u>Defendant</u>
By 9/31/2020   Defendant does not plan to do discovery    SAME

4. What additional discovery do you require to prepare for trial?
<u>Plaintiff</u>   <u>Defendant</u>
Written discovery and depositions   Defendant does not plan to do discovery   SAME

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
<u>Plaintiff</u>   <u>Defendant</u>
1-2 days   1-2 days    SAME

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
<u>Plaintiff</u>   <u>Defendant</u>
2-3   2    SAME

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. How many exhibits do you anticipate using at trial?

| Plaintiff | | Defendant |
|---|---|---|
| Approximately 10 | 1-2 | (SAME) |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant | |
|---|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: | (SAME) |

| Plaintiff | Defendant | |
|---|---|---|
| Pretrial conference should be set after:<br>(date) 12/01/2020 | Pretrial conference should be set after:<br>(date) 12/01/2020 | (APRIL 1 2021) |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   Ongoing

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   The parties arbitrated the dispute.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant | |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No | (SAME) |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                            Page 3                                   F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

(SAME)

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 06/12/2020

Nussbaum APC
Printed name of law firm

_____
Signature

Adam Toporoff
Printed name

Attorney for: Gwendolyn Nolan

Date: 6/14/2020

WILLIAM K. SPENCER
Printed name of law firm

_____
Signature

William K. Spencer
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

 Gmail

Ivan Lopez <skyblueprint9@gmail.com>

## Fwd: D19LA24384. 59fh Place
1 message

**William Spencer** <wksarch@gmail.com>    Tue, Oct 6, 2020 at 6:45 AM
To: Ivan Lopez <skyblueprint9@gmail.com>

One copy

WKS

Begin forwarded message:

> **From:** Shine Lin <shine.lin@lacity.org>
> **Date:** September 16, 2020 at 8:34:24 AM PDT
> **To:** William Spencer <wksarch@gmail.com>
> **Subject: Re: D19LA24384. 59fh Place**
>
> Hi William,
>   You provided 3' in front of the toilet which is fine.
>   However the door in the regular restrooms need to comply with the door maneuvering clearance which required door at both side with 42" and 18" striking edge.  I do not see the door maneuvering clearance for both bathrooms.  Ref 1134A.2 Option 2 last sentence.  Please check item 9 and 10.
>
>   Sincerely,
>
>   Shine
>
> On Tue, Sep 15, 2020 at 8:41 AM William Spencer <wksarch@gmail.com> wrote:
>> Your last 2 items
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Valley Reprographics <info@valleyreprographics.com>
>>> **Date:** September 14, 2020 at 11:33:46 AM PDT
>>> **To:** William Spencer <wksarch@gmail.com>
>>> **Subject: scan**
>>>
>>> As requested



Richard Uss <richard@nussbaumapc.com>

## Previously agreed to joint status report
1 message

**William Spencer** <wksarch@gmail.com>  Sun, Jan 24, 2021 at 2:16 PM
To: richard@nussbaumapc.com

Please revise

Sent from my iPhone

Begin forwarded message:

> **From:** Staples Print & Marketing Services <Ccreg03@staplesbusinesscenter.com>
> **Date:** January 24, 2021 at 1:09:47 PM PST
> **To:** "wksarch@gmail.com" <wksarch@gmail.com>
> **Subject: Scan from Staples**
>
> Please find the scanned documents from Staples attached to this email.  -Staples Print and Marketing Services

 **staples_scan.pdf**
146K