1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

-5-
**DECLARATION OF RICHARD J. USS RE: PRE-TRIAL STATUS CONFERENCE REPORT**



**Richard Uss <richard@nussbaumapc.com>**

## In re William K. Spencer
1 message

**Richard Uss** <richard@nussbaumapc.com>　　　　　　　　　　　　　　　　　Mon, Feb 8, 2021 at 10:06 AM
To: Daniel King <djyking@gmail.com>

Hello Mr. King,

I just wanted to touch base with you regarding the Spencer matter. I don't know if you are aware, however our pretrial report is due to be filed with the court tomorrow, 2/9/21. Mr. Spencer has been less than responsive to our meet and confer efforts and prior to your office substituting into this matter, I had been attempting to meet and confer with Mr. Spencer to no avail.

I'm available to meet and confer with you today regarding the preparation of the report. Please let me know how you would like to proceed with this.

I can be contacted at 818–660–1919.

Thank you in advance.

Sincerely,
--
Sincerely,

Richard J. Uss, Esq.
Attorney
Nussbaum APC
27489 Agoura Road Suite 102
Agoura Hills, California 91301
Email: Richard@nussbaumapc.com
Telephone: 818-660-1919
Facsimile: 818-864-3241

**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.