| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>NUSSBAUM APC<br>Lane M. Nussbaum, SBN 264200<br>Wayne M. Abb, SBN 91625<br>Richard J. Uss SBN 273871<br>27489 Agoura Road, Ste. 102<br>Agoura Hills, California 91301<br>Tel. (818) 660-1919 \| Fax. (818) 864-3241<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff Gwendolyn Nolan | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>WILLIAM K. SPENCER<br><br>                                              Debtor(s).<br><br>GWENDOLYN NOLAN<br><br>                                              Plaintiff(s),<br>vs.<br>WILLIAM K. SPENCER<br><br>                                              Defendant. | CASE NO.: : 2:20-bk-10401-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:20-ap-01103-BB<br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*): Motion to Compel Defendant William K. Spencer's Initial Disclosures Pursuant to FED. Rule CIV. PROC., Rule 26 |

PLEASE TAKE NOTE that the order or judgment titled MOTION TO COMPEL DEFENDANT WILLIAM K.SPENCER INITIAL DISCLOSURES PURSUANT TO FED. RULE CIV.PROC., RULE 26
was lodged on (*date*)   03/12/2021   and is attached.  This order relates to the motion which is docket number 20  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 1                              **F 9021-1.2.ADV.NOTICE.LODGMENT**

**Lane M. Nussbaum, SBN 264200**
**Richard Uss, SBN 273871**
**NUSSBAUM APC**
27489 AGOURA RD., STE. 102
AGOURA HILLS, CA 91301
Tel. (818) 660-1919   Fax. (818) 864-3241

Attorneys for Plaintiff Gwendolyn Nolan

**UNITED STATES BANKRUPPTCY COURT CENTRAL**

**DISTRICT OF CALIFORNIS - LOS ANGELS DIVISION**

| | |
|---|---|
| IN RE:<br><br>WILLIAM K. SPENCER,<br><br>　　　　　　Debtor,<br><br><br><br><br><br><br><br>GEWNDOLYN NOLAN,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>WILLIAM K. SPENCER,<br><br>　　　　　　Debtor, | Case No.: 2:20-bk-10401- BB<br>Adv. Case No.: 2:20-ap-01103-BB<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DEFENDANTS WILLIAM K. SPENCER'S INITIAL DISCLOSURES PURSUANT TO FED. RULE CIV. PROC., RULE 26**<br><br>Date: February 23, 2021<br>Time: 2:00 pm<br>Place: 255 East Temple Street<br>Los Angeles, CA California, Courtroom 1539 |

1       A hearing was held on February 23, 2021 at 2:00 p.m. in Courtroom 1539 of the above-referenced court on Plaintiff Gwendolyn Nolan's Motion to Compel Defendant William K. Spencer's Initial Disclosures Pursuant to Fed. Rule Civ. Proc., Rule 26 (Motion).

      Daniel King appeared on behalf of Defendant William K. Spencer. Richard J. Uss, Esq. appeared on behalf of Plaintiff Gwendolyn Nolan.

      Based upon the findings and conclusions made at the hearing, IT IS ORDERED that Plaintiff Gwendolyn Nolan's Motion is granted in part and denied in part. Defendant William K. Spencer is to serve his initial disclosures within fourteen (14) days. Plaintiff Gwendolyn Nolan's request for monetary and equitable sanctions is denied. Should Defendant William K. Spencer fail to serve his initial disclosures, Plaintiff may bring a motion to have Defendant William K. Spencer in contempt of the Order.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

27489 Agoura Rd., Ste. 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled (*specify*): _____
Notice of Lodgment _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) 03/12/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Carolyn A Dye (TR) - trustee@cadye.com, Daniel King - dking@theattorneygroup.com,
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __03/12/2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

William K Spencer - 2330 E Del Mar #111, Pasadena, CA 91107

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/12/2021 | Shauna Wilcox | */s/ Shauna Wilcox* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    F 9013-3.1.PROOF.SERVICE