| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Lane M. Nussbaum, SBN 264200<br>Richard J. Uss, SBN 273871<br>NUSSBAUM APC<br>27489 Agoura Road, Ste. 102<br>Agoura Hills, California 91301<br>Tel. (818) 660-1919   Fax. (818) 864-3241<br>Email: info@nussbaumapc.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff Gwendolyn Nolan | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES  DIVISION**

| In re:<br>WILLIAM K. SPENCER<br><br>Debtor(s). | CASE NO.:  2:20-bk-10401-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:20-ap-01103-BB |
|---|---|
| GWENDOLYN NOLAN<br><br>Plaintiff(s),<br><br>vs.<br><br>WILLIAM K. SPENCER<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): **SCHEDULING ORDER** |

PLEASE TAKE NOTE that the order or judgment titled SCHEDULING ORDER_____

was lodged on (*date*) 9/14/21 and is attached.  This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.ADV.NOTICE.LODGMENT**

Lane Nussbaum, SBN 264200
NUSSBAUM APC
27489 Agoura Rd., Ste. 102
Agoura Hills, CA 91301
Tel: 818-864-3241 | Fax: 818-864-3241

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re,

WILLIAM K. SPENCER,

　　　Debtor.

GWENDOLYN NOLAN,

　　　Plaintiff,

　　vs.

WILLIAM K. SPENCER,

　　　Defendant.

Case No.: 2:20-bk-10401-BB
Adv. Case. No: 2:20-ap-01103-BB

Chapter 7

**SCHEDULING ORDER**

Date:　September 14, 2021
Time:　2:00 p.m.
Courtroom: 1539
Address: 255 East Temple Street
　　　　　Los Angeles, CA 90012

　　At the above captioned date and time, this Court held a status conference in the adversary action. All appearances were made on the record.

　　At the status conference, this Court made the following oral Orders, which are hereby memorialized in this written Order.

**1**
**SCHEDULING ORDER**

**IT IS HEREBY ORDERED:**

Discovery cutoff is November 1, 2021. All discovery is to be conducted so as to have responses received prior to the cutoff.

A final status conference is set for December 14, 2021.

The parties shall complete mediation prior to December 14, 2021.

The parties are permitted to utilize the Bankruptcy Mediation Program.

Plaintiff is to lodge an Order Appointing a Mediator and Alternate Mediator by September 30, 2021.

Joint Status Report is due on November 30, 2021.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27489 Agoura Rd., Ste. 102, Agoura hills, CA 91301

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____09/14/2021___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> Carolyn A Dye (TR) - trustee@cadye.com, Daniel King - dking@theattorneygroup.com, United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/14/2021 | Shauna Wilcox | /s/ Shauna Wilcox |
|---|---|---|
| | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**